IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALYAS BERTUCCI, TAYLOR MORRIS and DAJUAN PARKER<br><br>      Defendant. | 8:18CR279<br><br>ORDER |

  This matter is before the court on Defendant Bertucci's Unopposed Motion to Continue Trial [79] and Defendant Parker's Unopposed Motion to Continue Trial [80]. Counsel for Defendants are seeking additional time to interview witnesses and review potential evidence with the government. For good cause shown,

  **IT IS ORDERED** that Defendant Bertucci's Unopposed Motion to Continue Trial [79] and Defendant Parker's Unopposed Motion to Continue Trial [80] are granted as follows:

  1. The jury trial, **as to all defendants**, now set for January 29, 2019, is continued to **April 30, 2019**.

  2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), ((7)(A) & (B)(iv).

  Dated this 15th day of January 2019.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge